# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-649-960**

Effective date of registration:
July 28, 2012

---

### Title
- **Title of Work:** Trade of Innocents
- **Previous or Alternative Title:** The Bicycle Peddler
- **Nature of Work:** Movie

### Completion/Publication
- **Year of Completion:** 2012

### Author
- **Author:** The Bicycle Peddler, LLC
- **Author Created:** Movie
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

### Copyright claimant
- **Copyright Claimant:** The Bicycle Peddler, LLC
  4650 W. Hanolerian Way, Littleton, CO, 80128

### Limitation of copyright claim
- **Previously registered:** No

### Certification
- **Name:** Dave Ross
- **Date:** July 28, 2012

---

- **Correspondence:** Yes

# EXHIBIT B

| No. | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 76.16.129.174 | 4D372D362D312D2DD668AD9F9B60B9AE7A6EBF58 | BitTorrent 7.6.1 | 02/24/2013 10:06:02 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Round Lake |
| 2 | 71.194.74.137 | 2D415A343830302D74694B4F4449555139753165 | Vuze 4.8.0.0 | 02/23/2013 08:17:37 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elmwood Park |
| 3 | 71.57.11.3 | 2D5554333233302D2170427E5740C13E6149A75E | µTorrent 3.2.3 | 02/22/2013 01:24:03 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Hanover Park |
| 4 | 98.253.97.12 | 2D415A343830302D3356576D45765A4A49374173 | Vuze 4.8.0.0 | 02/18/2013 02:25:27 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 5 | 24.7.227.128 | 2D4241333330302D49709198D1A9F7A02E035288 | -BA3300- | 02/16/2013 07:01:37 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Streamwood |
| 6 | 71.194.119.249 | 2D5452323532302D766B6C677430316277746C35 | Transmission 2.52 | 02/16/2013 10:31:50 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 7 | 98.212.61.55 | 2D415A343831322D786446506E6A574232347271 | Vuze 4.8.1.2 | 02/12/2013 06:09:03 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Byron |
| 8 | 99.194.200.75 | 2D415A343831322D46774D745A6D484B43417A66 | Vuze 4.8.1.2 | 02/12/2013 02:04:00 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | CenturyTel Internet Holdings | Illinois | Dixon |
| 9 | 67.184.231.98 | 4D372D372D302D2D536D483FE3EDC5B07C1680DC | BitTorrent 7.7.0 | 02/10/2013 02:25:50 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Algonquin |
| 10 | 76.16.144.183 | 4D372D372D332D2D22709DCF153560BFE1CC838D | BitTorrent 7.7.3 | 02/06/2013 02:50:21 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Orland Park |
| 11 | 24.1.14.197 | 2D5554333233302D2170750D3010D817F1AAE2EF | µTorrent 3.2.3 | 02/04/2013 07:28:43 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Park Forest |
| 12 | 50.141.157.192 | 2D5554333233302D2170444S072775D5D53D83B7 | µTorrent 3.2.3 | 02/04/2013 04:24:22 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Algonquin |
| 13 | 24.13.237.102 | 4D372D372D332D2D2270D1E7C880AF555E5CA5C8 | BitTorrent 7.7.3 | 02/03/2013 04:11:30 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Highland Park |
| 14 | 67.184.248.103 | 2D415A343831322D59366D4A564950796B6E7037 | Vuze 4.8.1.2 | 02/03/2013 01:53:03 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Round Lake |
| 15 | 67.175.207.68 | 2D5554333233302D2170BD853248875A6152F171 | µTorrent 3.2.3 | 02/02/2013 07:55:03 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Wheeling |
| 16 | 71.193.103.179 | 4D372D372D332D2D227082DB1E6CB52B2D7CADFB | BitTorrent 7.7.3 | 02/01/2013 04:45:51 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elgin |
| 17 | 69.47.250.161 | 2D5554323030302D3848B9488C5436EB8E7E1C39 | µTorrent 2.0.0 | 02/01/2013 02:59:52 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Chicago |
| 18 | 67.173.159.239 | 2D554D313831302D567009977F0DDE9C686415DE | µTorrent Mac 1.8.1 | 01/31/2013 01:12:26 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | River Forest |
| 19 | 50.80.213.198 | 4D372D372D322D2D536F0D0ECD86BC209C60A4B8 | BitTorrent 7.7.2 | 01/30/2013 07:22:59 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Mediacom Communications Corp | Illinois | Davis |
| 20 | 24.1.32.239 | 2D5554323231302D2A621DAF8099904851AFBA64 | µTorrent 2.2.1 | 01/30/2013 04:16:07 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Burbank |
| 21 | 50.151.214.151 | 2D5554333232302D836F93A2598B876833FA1631 | µTorrent 3.2.2 | 01/30/2013 02:22:11 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Morton Grove |
| 22 | 71.201.224.67 | 2D4243303133342DED35C5C9D4E1DC7A21182513 | BitComet 1.34 | 01/29/2013 03:39:26 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Villa Park |
| 23 | 76.16.194.135 | 4D372D372D332D2D2270D8F27DD13069E2D249CF | BitTorrent 7.7.3 | 01/29/2013 12:35:58 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Buffalo Grove |
| 24 | 50.77.183.244 | 2D554D313634302D776AAC48CAB95D8B0601C34C | µTorrent Mac 1.6.4 | 01/28/2013 04:39:21 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Lemont |
| 25 | 69.47.168.238 | 2D5554333233302D2170A221FDB1CA23866ABFB4 | µTorrent 3.2.3 | 01/26/2013 07:47:27 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Glen Ellyn |
| 26 | 24.12.248.201 | 2D5554333233302D2170C6D747C8070DA5CCC3B2 | µTorrent 3.2.3 | 01/25/2013 08:35:34 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 27 | 71.57.58.25 | 4D372D322D312D2D32624CD32F03C555260332CC | BitTorrent 7.2.1 | 01/22/2013 04:13:10 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Burbank |
| 28 | 50.129.124.191 | 2D554D313831302D5670C0E5EF92E82A310281A9 | µTorrent Mac 1.8.1 | 01/22/2013 01:17:18 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Woodridge |
| 29 | 50.129.228.60 | 2D5554333233302D21708E15A2869C4A05E2CBB1 | µTorrent 3.2.3 | 01/21/2013 11:26:25 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 30 | 76.29.62.217 | 2D5452323736302D3779726C6F303630713370532 | Transmission 2.76 | 01/21/2013 04:14:03 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Palatine |
| 31 | 98.213.152.178 | 4D372D372D332D2D2270330F4843F39157784618 | BitTorrent 7.7.3 | 01/20/2013 11:28:23 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 32 | 50.148.15.137 | 4D372D372D332D2D227028CBEFE0FCE0A525CD9D | BitTorrent 7.7.3 | 01/19/2013 05:53:51 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 33 | 71.194.121.110 | 2D5554333233302D2170385F5F905492C7223DCA | µTorrent 3.2.3 | 01/16/2013 06:16:39 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Palatine |
| 34 | 67.175.153.102 | 2D5554333233302D21709589EF61B6C8BDE27137 | µTorrent 3.2.3 | 01/16/2013 03:04:05 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Lake Forest |
| 35 | 98.212.108.118 | 2D5554333233302D21708E5E74D87D2A8C45F3AF | µTorrent 3.2.3 | 01/15/2013 09:13:25 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | Title | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 75.150.251.26 | 2D415A343831322D62565365326746857304772 | Vuze 4.8.1.2 | 01/14/2013 09:38:15 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Western Springs |
| 37 | 24.13.131.134 | 2D5554333232302D546FAEA54CB8AE35EBB3544D | µTorrent 3.2.2 | 01/14/2013 08:43:53 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Zion |
| 38 | 71.201.1.76 | 2D5554333233302D21703702BC45F3328DC9FB06 | µTorrent 3.2.3 | 01/14/2013 04:09:56 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elgin |
| 39 | 71.239.104.85 | 2D415A343831322D4D58686D544C426230683072 | Vuze 4.8.1.2 | 01/14/2013 04:59:34 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Orland Park |
| 40 | 67.184.247.30 | 2D5554333233302D21704D0E9485EA0A9C57954F | µTorrent 3.2.3 | 01/14/2013 02:32:31 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Maywood |
| 41 | 23.25.1.238 | 2D5554333230302D80B6CF23CD45F7C892EF234 | µTorrent 3.2.0 | 01/14/2013 12:38:57 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Chicago |
| 42 | 66.55.93.196 | 2D5554333233302D21701E50E6B5E96589A08ADB | µTorrent 3.2.3 | 01/10/2013 01:08:11 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Cloud Communications, LLC | Illinois | Arlington Heights |
| 43 | 67.175.169.28 | 2D5554333030302DE064C94852D9D75031ED79D3 | µTorrent 3.0.0 | 01/09/2013 03:57:39 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 44 | 68.58.4.174 | 2D5554333230302D2170030E30848D2EFF0D7372 | µTorrent 3.2.3 | 01/07/2013 11:09:50 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 45 | 98.214.61.106 | 2D5554333230302DEE6CD3B9F4C594CD880260BB | µTorrent 3.2.0 | 01/07/2013 02:09:22 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago Heights |
| 46 | 71.239.47.75 | 2D5554333233302D2170EF72FD9801D36925EAA5 | µTorrent 3.2.3 | 01/07/2013 03:03:17 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Dolton |
| 47 | 50.103.2.124 | 4D372D322D312D2DD662A441DAB9AC6845A94F01 | BitTorrent 7.2.1 | 01/06/2013 08:10:50 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Frontier Communications | Illinois | Belvidere |
| 48 | 50.148.59.243 | 2D5554333233302D21709E934B4207FC557B91EA | µTorrent 3.2.3 | 01/06/2013 02:59:39 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 49 | 24.13.115.69 | 2D4241333330302D4970A3576F77EE0F4AD79755 | -BA3300- | 01/03/2013 11:55:15 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 50 | 71.239.133.18 | 4D372D372D302D2D536DB556FFC4E3D4925039D5 | BitTorrent 7.7.0 | 01/03/2013 04:54:24 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Palos Heights |
| 51 | 50.148.77.105 | 2D4243303132392DAFAE3B6331E4A44C4D4F682C | BitComet 1.29 | 01/03/2013 04:31:37 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Aurora |
| 52 | 199.26.60.57 | 2D4C54304630302D394F516C34384B6D506E5361 | libtorrent (Rasterbar) 0.15.0 | 01/03/2013 05:46:23 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WishCom Internet Services | Illinois | Spring Grove |
| 53 | 67.184.168.250 | 2D5554333233302D2170F67F81F5411AF30BF1EC | µTorrent 3.2.3 | 01/03/2013 12:17:04 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Huntley |
| 54 | 98.213.188.212 | 4D362D312D322D2D6E34131CFAE9096CCC0988AB | BitTorrent 6.1.2 | 01/02/2013 04:52:46 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 55 | 50.79.124.30 | 2D5554313830302D252E01D1E4CA6DCCB071FC1E | µTorrent 1.8.0 | 01/02/2013 03:20:10 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Villa Park |
| 56 | 76.29.62.217 | 2D5452323735302D73327534327330387937637 | Transmission 2.75 | 01/02/2013 01:00:41 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Palatine |
| 57 | 71.201.83.128 | 4D372D372D322D2D536FDA4DB213900B63963E4B | BitTorrent 7.7.2 | 01/01/2013 08:03:02 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Wheeling |
| 58 | 24.14.179.118 | 2D415A343831322D535A4137786679456B57526F | Vuze 4.8.1.2 | 01/01/2013 07:32:40 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Sycamore |
| 59 | 71.194.79.236 | 2D4243303133312D83D38A5C34306056146C5E88 | BitComet 1.31 | 01/01/2013 07:34:31 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 60 | 69.47.225.150 | 2D5554333231302DB66DF6BFFAFDD5554EBEE1E9 | µTorrent 3.2.1 | 01/01/2013 06:57:56 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | WideOpenWest | Illinois | Park Ridge |
| 61 | 50.129.127.112 | 2D415A343830302D75736867466F5376764D6D33 | Vuze 4.8.0.0 | 01/01/2013 03:34:51 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 62 | 98.220.94.115 | 2D554D313831302D56701015BDF47E5634239877 | µTorrent Mac 1.8.1 | 01/01/2013 08:01:28 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |
| 63 | 98.206.197.1 | 2D5554323030302D384867934F57273EAD830410 | µTorrent 2.0.0 | 12/31/2012 06:00:04 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 64 | 67.162.13.151 | 4D372D362D312D2D366A635408526132C0A448C19 | BitTorrent 7.6.1 | 12/31/2012 02:07:34 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Willowbrook |
| 65 | 50.129.180.137 | 2D415A343830302D616C50415A6539737A584330 | Vuze 4.8.0.0 | 12/30/2012 11:26:57 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 66 | 98.213.32.229 | 2D5452323735302D393134617637766A6F6A6A6A36 | Transmission 2.75 | 12/30/2012 09:34:08 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Palatine |
| 67 | 67.175.207.68 | 2D5554333133302D4D6AE4A4EEC8BE4E416AD65B | µTorrent 3.1.3 | 12/30/2012 04:31:19 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Wheeling |
| 68 | 50.148.122.61 | 2D5554333233302D21707726A0E541AB37A35421 | µTorrent 3.2.3 | 12/30/2012 03:56:05 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 69 | 24.1.136.79 | 2D5554333233302D2170CB0B3686A4857618554C | µTorrent 3.2.3 | 12/28/2012 10:01:10 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 70 | 67.175.106.42 | 2D5554333233302D2170EB9577E0DDD5152E8AE4 | µTorrent 3.2.3 | 12/28/2012 05:15:15 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Oak Lawn |

| # | IP | Hash | Client | Date/Time | File | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 68.115.23.3 | 2D5554333233302D217045343459B7C086BE83AD | µTorrent 3.2.3 | 12/28/2012 03:24:05 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Charter Communications | Illinois | Roscoe |
| 72 | 98.206.132.156 | 2D415A343830302D6E565071736846346B487A4B | Vuze 4.8.0.0 | 12/28/2012 12:55:05 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 73 | 72.16.172.238 | 2D415A343831322D4D446E4451365753364C5666 | Vuze 4.8.1.2 | 12/27/2012 11:44:20 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Cbeyond Communications, LLC | Illinois | Chicago |
| 74 | 98.212.99.33 | 2D415A343831322D6A676A647631633646366438 | Vuze 4.8.1.2 | 12/27/2012 01:58:43 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Peru |
| 75 | 71.194.122.40 | 2D5554333233302D2170245F892CB70E4B31F89A | µTorrent 3.2.3 | 12/26/2012 11:19:16 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Streamwood |
| 76 | 24.14.158.34 | 2D5452323232302D6B6C7A713969793177667463 | Transmission 2.22 | 12/25/2012 05:26:04 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elgin |
| 77 | 24.13.57.216 | 2D5554333233302D2170A265818755D69D157088 | µTorrent 3.2.3 | 12/25/2012 08:38:14 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 78 | 67.167.251.77 | 2D415A343830302D385546734242556E65554F71 | Vuze 4.8.0.0 | 12/25/2012 05:10:17 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Oak Lawn |
| 79 | 98.223.217.203 | 2D5554333133302D6A6B606F700C4C7416B82A13 | µTorrent 3.1.3 | 12/25/2012 04:18:34 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elk Grove Village |
| 80 | 24.13.58.127 | 4D372D322D312D2D32626457771AD9243D9A0819 | BitTorrent 7.2.1 | 12/24/2012 06:59:43 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 81 | 24.13.208.4 | 2D5554333231302DB66D95F82BD02C091C1746D6 | µTorrent 3.2.1 | 12/24/2012 03:50:31 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Mount Prospect |
| 82 | 67.174.4.84 | 2D415A343730322D49486F636F3754544D57577A | Vuze 4.7.0.2 | 12/23/2012 07:48:19 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Elmwood Park |
| 83 | 24.12.143.60 | 4D372D362D312D2D89680C36B967213BE6BF35AF | BitTorrent 7.6.1 | 12/23/2012 08:54:39 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 84 | 67.174.18.193 | 2D5554333233302D2170BEF2EC6482920E2491AC | µTorrent 3.2.3 | 12/23/2012 08:41:54 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Lake Zurich |
| 85 | 98.212.186.17 | 2D554D313831302D5670F3811FF7A5B14B6467C4 | µTorrent Mac 1.8.1 | 12/23/2012 01:57:22 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Des Plaines |
| 86 | 67.184.152.68 | 2D5554333233302D2170F2489E043FEC10011AFA | µTorrent 3.2.3 | 12/22/2012 03:59:39 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Algonquin |
| 87 | 173.87.212.230 | 2D5554333233302D21702C04B7A586DA516EE1A8 | µTorrent 3.2.3 | 12/22/2012 12:16:23 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Frontier Communications | Illinois | Morrison |
| 88 | 71.239.79.176 | 2D5554333233302D217003EB89D743380316D908 | µTorrent 3.2.3 | 12/22/2012 05:37:42 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 89 | 71.239.104.111 | 2D415A343831322D357A7A4656526A4F6C486652 | Vuze 4.8.1.2 | 12/21/2012 09:00:22 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Orland Park |
| 90 | 71.201.24.89 | 2D415A343830302D4B54566E76466839686E7630 | Vuze 4.8.0.0 | 12/21/2012 06:12:06 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Chicago |
| 91 | 74.93.58.145 | 2D7142323937302D6846456E2129375435767E2A | qBittorrent 2.9.7 | 12/21/2012 04:13:23 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Business Communications | Illinois | Glen Ellyn |
| 92 | 24.14.198.84 | 2D415A343730322D3873363657374C7850675855 | Vuze 4.7.0.2 | 12/21/2012 12:39:48 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Schaumburg |
| 93 | 67.162.17.120 | 2D5554333233302D21701075EAB177F8D6F7991D | µTorrent 3.2.3 | 12/20/2012 07:44:12 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rock Falls |
| 94 | 173.87.218.91 | 2D5554333233302D2170FA6099A3FDAB6BEC0853 | µTorrent 3.2.3 | 12/20/2012 12:56:10 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Frontier Communications | Illinois | Morrison |
| 95 | 99.194.203.133 | 2D415A343830302D7763725237465261474484F78 | Vuze 4.8.0.0 | 12/20/2012 03:40:40 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | CenturyTel Internet Holdings | Illinois | Dixon |
| 96 | 67.162.8.111 | 4D372D372D322D2D536FAA20D32A7CE71309AA89 | BitTorrent 7.7.2 | 12/20/2012 03:40:29 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Barrington |
| 97 | 24.14.49.93 | 2D4C54304630302D0435A7E6B2E776C715361516D | libtorrent (Rasterbar) 0.15.0 | 12/20/2012 12:06:39 AM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Oak Park |
| 98 | 98.213.247.233 | 2D5554333233302D21705B20195C47AF8DDB2467 | µTorrent 3.2.3 | 12/19/2012 01:23:59 PM | Trade of Innocents 2012 LIMITED DVDRip XviD-GECKOS | SHA1: 354A7CFDE35B396C4F2130CEA73CA71D021ECAC6 | Comcast Cable | Illinois | Rockford |